JS-6

Kesluk & Silverstein, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESLUK & SILVERSTEIN, P.C, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST TRANSIT, INC., a Delaware corporation; and DOES 1 through 25 inclusive,<br><br>Defendants. | CASE NO. CV09-1075 GAF (CTx)<br><br>*[Assigned to the Hon. Gary Allen Fees, Courtroom 740-Roybal]*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  January 9, 2009<br>Trial Date:          None Set |

Based on the joint Stipulation filed in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-captioned case be dismissed with prejudice as to all claims, causes of action and Defendants in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall each bear its/her own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: December 29, 2009

Hon. Gary Allen Fees
United States District Judge